# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-3977

———————————————

David Lee Collier,

   Petitioner,

v.

Fla. Dept. of Corr., et al.,

   Respondent.

———————————————

Petition for Writ of Certiorari—Original Jurisdiction.

January 28, 2019

Per Curiam.

   Dismissed.

Wolf, Lewis, and Wetherell, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

David Lee Collier, pro se, Petitioner.

Ashley B. Moody, Attorney General, and Leslie A. Healer, Assistant Attorney General, Tallahassee, for Respondent.